September 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VALAIDA TARRY, Appellant

NO. 14-14-00129-CV                    V.

MEMORIAL HERMANN HOSPITAL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 1, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Valaida Tarry.

We further order this decision certified below for observance.